**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Harold Schad, | No. CV-97-02577-PHX-ROS |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

Petitioner, an Arizona capital prisoner, has lodged a motion for relief from judgment, along with a motion to exceed page limitations. Having reviewed the lodged motion,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Leave to File Oversized Motion for Relief from Judgment (**Doc. 142**) is **GRANTED**. The Clerk of Court shall file Petitioner's lodged Motion for Relief from Judgment (Doc. 143).

**IT IS FURTHER ORDERED** that Respondents shall file a response to Petitioner's Motion for Relief from Judgment no later than **Friday, September 6, 2013.** Because the state court record has been returned to the Arizona Supreme Court, the response shall include as exhibits any parts of the state record Respondents believe are necessary for the Court's consideration of the motion.

**IT IS FURTHER ORDERED** that Petitioner may file a reply no later than **Friday, September 13, 2013**.

DATED this 27th day of August, 2013.

*/s/ Roslyn O. Silver*
Roslyn O. Silver
Chief United States District Judge