**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Harold Schad, | ) No. CV-97-2577-PHX-ROS |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| vs. | ) |
| Charles L. Ryan, et al., | ) **ORDER** |
| Respondents. | ) |

Good cause appearing,

**IT IS HEREBY ORDERED** that Petitioner's Motion to File Oversized Reply (Doc. 148) is **GRANTED**.  The Clerk of Court shall file Petitioner's Reply to Response to Motion for Relief from Judgment, which is attached as an exhibit to the Motion to File Oversized Reply (Doc. 148-1).

DATED this 13th day of September, 2013.

_____
Roslyn O. Silver
Senior United States District Judge